===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u>   DISTRICT OF   <u>     NEW YORK     </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.**   1:06cv1505 (LEK)

IN RE LORI MANGIACAPRE

**USBC CASE NO. 05-20382**
**Chapter 7**

___   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the bankruptcy appeal is dismissed, in accordance with the Decision & Order of the Hon. Lawrence E. Kahn, US District Judge, dated 12/19/06.

DATE: <u>December 19, 2006</u>

*[signature]*
Clerk of Court

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK